139 So. 919

**Wilber KEENE v. STATE.**

**6 Div. 206.**

Court of Appeals of Alabama.
Jan. 12, 1932.

BRICKEN, P. J.
Appeal dismissed.

139 So. 919

**Maud KENNEDY, alias Tucker, v. STATE.**

**8 Div. 434.**

Court of Appeals of Alabama.
Feb. 16, 1932.

BRICKEN, P. J.
Affirmed.

145 So. 920

**Albert KENNETT v. STATE.**

**6 Div. 422.**

Court of Appeals of Alabama.
Jan. 10, 1933.

RICE, J.
Appeal dismissed.

139 So. 919

**Conrad KENT v. STATE.**

**8 Div. 382.**

Court of Appeals of Alabama.
Feb. 2, 1932.

BRICKEN, P. J.
Appeal dismissed.

145 So. 920

**John KEY v. CITY OF ANNISTON.**

**7 Div. 931.**

Court of Appeals of Alabama.
Jan. 12, 1933.

PER CURIAM.
Appeal dismissed for want of prosecution.

141 So. 922

**Bill KILGORE v. STATE.**

**6 Div. 303.**

Court of Appeals of Alabama.
May 10, 1932.

SAMFORD, J.
Appeal dismissed.

145 So. 920

**Lonnie KIMBROUGH v. STATE.**

**6 Div. 297.**

Court of Appeals of Alabama.
Jan. 10, 1933.

RICE, J.
Appeal dismissed.

146 So. 921

**Roy KIMBROUGH v. STATE.**

**8 Div. 765.**

Court of Appeals of Alabama.
March 7, 1933.

BRICKEN, Presiding Judge.
Affirmed.